UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALTON S. EDWARDS,

Plaintiff,

v.

LONGVIEW FIBRE COMPANY, KEVIN SCHERE, DEAN PENNY, JANA SANDERS, DARLA PETERSON, TEAMSTER UNION LOCAL 970, GEORGE BEHR, and DAN FORTIER,

Defendants.

Civil No. 00-993 (RHK/JMM)

**REPORT AND RECOMMENDATION**

THIS MATTER is before the undersigned United States Magistrate Judge on Plaintiff's application for leave to proceed in forma pauperis, ("IFP"), as permitted by 28 U.S.C. § 1915(a). The matter has been referred to the undersigned for report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1(c). For the reasons discussed below, it is recommended that Plaintiff's IFP application be denied, and that this action be dismissed without prejudice.

Plaintiff commenced this action on April 18, 2000, by filing a Complaint and an IFP application. (Docket Nos. 1 and 2.) By order dated April 24, 2000, the Court ruled that Plaintiff's IFP application would be "denied at this time," because of various defects appearing on the face of his Complaint. (Docket No. 3.) Plaintiff was given an opportunity to cure the defects in his original pleading by filing an Amended Complaint within twenty (20) days after the date of that prior order. The prior order expressly advised Plaintiff that if he did not file an Amended Complaint within the time allowed, it would be recommended that his case be dismissed without prejudice.

FILED MAY 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

The deadline by which Plaintiff was to file his Amended Complaint has now passed, and, to date, Plaintiff has not filed any new pleading, nor has the Court received any other communication from him in response to the prior order. It will therefore be recommended, in accordance with the Court's order of April 24, 2000, that Plaintiff be deemed to have abandoned this action, and that the action be dismissed without prejudice pursuant to Fed.R.Civ.P. 41(b). See also Link v. Wabash Railroad Co., 370 U.S. 626 (1962). It will also be recommended that Plaintiff's IFP application be denied at time.

Based upon the above, and upon all the records and proceedings herein,

IT IS HEREBY RECOMMENDED that:

1. Plaintiff's "Application To Proceed Without Prepayment Of Fees," (Docket No. 2), be **DENIED WITHOUT PREJUDICE**; and

2. The action be **DISMISSED WITHOUT PREJUDICE**.

Dated: May 19, 2000

JOHN M. MASON
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties on or before June 2, 2000, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection.

This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.