# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Alton S. Edwards

Case No. Civil 00-993 RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Longview Fibre Company, Kevin Schere, Dean Penny, Jana Sanders, Darla Peterson, Teamster Union Local 970, George Behr, and Dan Fortier

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff's application to proceed without prepayment of fees is denied without prejudice; and

2. This action is dismissed without prejudice.

DATE: June 9, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen, Deputy Clerk

(13)