# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Alton S. Edwards,

Plaintiff,

vs.

Longview Fibre Company, Kevin Schere, Dean Penney, Jana Sanders, Darla Petersen, Teamster Union Local 970, George Behr, and Dan Fortier,

Defendants.

Civil No. 00-993 (RHK/JMM)

**ORDER**

---

Pursuant to Rule 60(a), the Court Order of June 9, 2000 (Doc. No. 12) and the Judgment in a Civil Case of June 9, 2000 (Doc. No. 13) are each **VACATED**. The Clerk is directed to reopen the file.

Dated: January 8, 2001

RICHARD H. KYLE
United States District Judge

FILED JAN 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK