UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALTON S. EDWARDS, CIVIL NO. 00-993 (RHK/JMM)

Plaintiff,

v. ORDER

LONGVIEW FIBRE CO. and
LOCAL #970 TEAMSTER UNION,

Defendants.

The above matter came on before the undersigned upon Plaintiff's Motion for a Protective Order [Docket No. 28]. The Motion was submitted on the written submissions.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion for a Protective Order [Docket No. 28] is denied.

Dated: May 14, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

Plaintiff has not substantiated that good cause exists for the issuance of the Order prayed for. Defendants are entitled to seek information which contradicts Plaintiff's affirmative allegations, and relating to his background, and issues concerning damages.

FILED MAY 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

As a procedural matter, Plaintiff did not make timely objection to the inquiries in the written discovery served upon him. The discovery which Defendants seek is to be expected in cases of the kind presently before the Court.

J.M.M.