UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALTON S. EDWARDS,

Plaintiff,

v.

LONGVIEW FIBRE CO. and
LOCAL #970 TEAMSTER UNION,

Defendants.

CIVIL NO. 00-993 (RHK/JMM)

ORDER

The above matter came on before the undersigned upon Plaintiff's Request for Reconsideration of the Court's May 14, 2001 Order [Docket No. 33].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Request for Reconsideration of the Court's May 14, 2001 Order [Docket No. 33] is denied. See Local Rule 7.1(g).

Dated: May 23, 2001

JOHN M. MASON
United States Magistrate Judge

FILED MAY 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK