UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALTON EDWARDS,

CIVIL NO. 00-993 (RHK/JMM)

Plaintiff,

v.

ORDER

LONGVIEW FIBRE CO. and
TEAMSTERS LOCAL # 970,

Defendants.

The above matter came on for hearing before the undersigned on July 18, 2001 upon Plaintiff's Motions to Compel Discovery [Docket No. 35] and to Conduct Discovery after August 1, 2001 [Docket No. 42]; and upon Defendant Longview Fibre's Motion to Compel Discovery and for an Award of Costs, Expenses and Fees [Docket Nos. 36 and 40]. Plaintiff appeared pro se; Bernard Bobber, Esq. appeared on behalf of Defendant Longview Fibre; James Hansing, Esq. appeared on behalf of Defendant Teamsters Local # 970.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order, for the reasons placed on the record.

IT IS HEREBY ORDERED as follows:

1. Defendant Longview Fibre's Motion to Compel Discovery and for an Award of Costs, Expenses and Fees [Docket Nos. 36 and 40] is granted as follows and denied in all other respects:

a) No later than July 27, 2001, Plaintiff shall cause to be delivered to Defendant full and complete answers to Interrogatories 2, 3, 4, and 9; all

JUL 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

documents responsive to Document Requests 1, 2, 4, 11, 12, 14, 16, 18 and 22; and all documents responsive to Defendant's Second Request for Documents in its entirety.

b) No later than August 15, 2001, Plaintiff shall pay sanctions in the amount of $500.00 to Defendant Longview Fibre.

2. Plaintiff's Motion to Compel Discovery [Docket No. 35] is taken under advisement.

3. Plaintiff's Motion to Conduct Discovery after August 1, 2001 [Docket No. 42] is denied without prejudice.

Dated: July 18, 2001

JOHN M. MASON
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500