UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alton S. Edwards

Plaintiff,

VS

ORDER
CV 00-993 RHK/JMM

LONGVIEW FIBRE CO.
LOCAL #970 TEAMSTER UNION,

Defendants.

---

Defendants' Motion to Dismiss is referred to Magistrate Judge John M. Mason for a Report and Recommendation.

Dated: August 28, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED AUG 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______