Civ 00-993 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **January 1, 2002. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: September 7, 2001.

FILED SEP 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

| | | |
|---|---|---|
| 1. | Alton S. Edwards<br><br>vs CV 00-993 RHK/JMM<br>COURT<br><br>Longview Fibre Co.<br>Local #970 Teamster Union | Alton Edwards<br>763-571-8952<br><br>Richard Beene<br>612-339-4302<br>Bernard Bobber<br>414-271-2400<br>James Hansing<br>612-333-6113 |
| 2. | Magdelena Franco<br><br>vs CV 00-1379 RHK/JMM<br>JURY<br><br>Kenneth S. Apfel, Commissioner<br>Social Security Administration<br>Agency | Elizabeth Kimball<br>612-373-7022<br><br>Mary Jo Madigan<br>612-664-5600 |
| 3. | June E. Kulzer<br>Dewey Kulzer<br><br>vs CV 00-2439 RHK/JMM<br>JURY<br><br>Wal-Mart Stores Inc. | Michael Strom<br>651-437-3148<br><br>Andrew Marshall<br>612-333-3000 |

| | | |
|---|---|---|
| 4. | **Lamonica T. Weglarz** | **Donald Nichols**<br>**612-338-1919** |
| | **vs CV 00-2708 RHK/JMM**<br>**JURY** | |
| | **RT Minneapolis Franchise, L.L.C.** | **Eric Nystrom**<br>**612-371-3211** |
| 5. | **Voicestream Minneapolis Inc. etc.** | **Gary Van Cleve**<br>**952-835-3800** |
| | **vs CV 01-483 RHK/JMM**<br>**COURT** | |
| | **City of Sunfish Lake, a Minnesota municipal corporation** | **Clifford Greene**<br>**612-373-0830** |
| 6. | **Hugs & Kisses, Inc.** | **John Dorgan**<br>**612-729-1943** |
| | **vs CV 3-96-767 RHK/FLN**<br>**JURY** | |
| | **Mario H. Aguirre,** | **Mario H. Aguirre** |

| | | |
|---|---|---|
| 7. | **Sandra Bescheinen** | **Theresa Schulz**<br>**651-748-0560**<br>**Jill Clark**<br>**763-417-9102** |
| | **vs CV 00-1973 RHK/RLE**<br>**JURY**<br>**DULUTH** | |
| | **Independent School District #181** | **Patricia Maloney**<br>**612-339-0060** |
| 8. | **Marcia M. Venne, as Trustee for the heirs and Next of Kin of Ralph Sonny Venne, deceased** | **Daniel O'Leary**<br>**651-222-2731** |
| | **vs CV 99-1888 RHK/RLE**<br>**JURY**<br>**DULUTH** | |
| | **Komatsu LTD, etal** | **David Kelly**<br>**612-339-8682** |