**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Alton S. Edwards,

Plaintiff,

Civil No. 00-993 (RHK/JMM)

vs.

**ORDER**

Longview Fibre Company, Kevin Schere, Dean Penney, Jana Sanders, Darla Petersen, Teamster Union Local 970, George Behr, and Dan Fortier,

Defendants.

---

On October 16, 2001, Magistrate Judge John M. Mason recommended that Defendants' Motion to Dismiss with Prejudice be granted. Among the reasons for the recommendation was that "plaintiff has not offered any opposition to Defendants' Motion to Dismiss." In addition, Judge Mason noted other instances of Plaintiff's failure to provide discovery responses and failure to pay a monetary sanction imposed by the Court.

Plaintiff has filed Objections to the recommended disposition. We need only address one of the objections. Plaintiff maintains that he did not receive notice of Defendant's Motion to Dismiss or of the hearing date at which the Motion was considered. Although certificates of service state that he was in fact served with these filings, we think it best to resolve the issue by remanding the matter back to Judge Mason. Judge Mason may determine the issue of whether Plaintiff received the disputed notice

FILED NOV 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

and/or resolve the Motion to Dismiss on whatever bases he deems appropriate. Because of the pending trial ready date, we will vacate our earlier Orders with respect to the trial ready date and the exchange of trial materials and the parties will be notified, if necessary, of new dates.

Upon all of the files, records and proceedings herein, **IT IS ORDERED** that:

1. The Report and Recommendation is **REJECTED**; and

2. The matter is remanded to Magistrate Judge Mason for proceedings consistent with this Order.

Dated: November 26, 2001

RICHARD H. KYLE
United States District Judge