UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALTON S. EDWARDS,

Plaintiff,

v.

LONGVIEW FIBRE CO. and
LOCAL #970 TEAMSTER UNION,

Defendants.

CIVIL NO. 00-993 (RHK/JMM)

ORDER TO SHOW CAUSE

The above matter is before the Court upon remand from the District Court by Order dated November 26, 2001 [Docket No. 60].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED

1. Defendants and their counsel shall cause a copy of this Order to be delivered to Plaintiff no later than December 3, 2001, and shall thereupon file with the Clerk of Court an Affidavit substantiating that said service has been made.

2. On January 7, 2002 at 9:30 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, Plaintiff shall personally appear before this Court and show cause, if any there be, why Defendants' Motion to Dismiss With Prejudice [Docket Nos. 46, 53] should not be granted on the merits, and why the Court should not conclude that Plaintiff defaulted in his response to said Motions.

3. No later than December 19, 2001, Plaintiff shall deliver to counsel for Defendants a Memorandum and Affidavits in Opposition to Defendants' Motion to Dismiss which comply with the requirements of Local Rule 7.1(b)(2)(B). No later than

FILED NOV 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

December 19, 2001, Plaintiff shall file with the Clerk of Court an original and two copies of said Memorandum and Affidavits, together with an Affidavit of Service substantiating that he has delivered a copy to counsel for Defendants.

4. Defendants may file and deliver a Reply no later than December 28, 2001. See Local Rule 7.1(b)(2)(C).

Dated: November 28, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

Plaintiff failed to file any opposition to Defendants' Motion to Dismiss, and failed to appear at the hearing on said Motions. This Court recommended that the Motions be granted, by Report and Recommendation dated October 17, 2001 [Docket No. 55]. Among the grounds for the recommendation (but not the exclusive ground) was the fact that Plaintiff had failed to assert any objection to the Motions to Dismiss.

Plaintiff appealed to the District Court from the Report and Recommendation, contending, among other things, that he had not received notice of the Motions to Dismiss. The District Court has remanded the matter to this Court. Among the issues presented for determination at this time are whether Plaintiff did in fact receive notice of the Motions to Dismiss. Also before the Court is the question of whether the Motions to Dismiss should be granted on the merits.

This Order affords to Plaintiff the opportunity to present to the Court all facts and legal argument in support of his claim that he did not receive notice of the Motions to

Dismiss. It also affords to Plaintiff the opportunity to present to the Court all facts and legal arguments in support of his contention that the Motions to Dismiss should be denied on the merits.

J.M.M.