# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Alton S. Edwards

Plaintiff

v.

Longview Fibre Co. and
Local #970 Teamster Union

Defendants

Case No. Civil 00-993 RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss is granted and the amended complaint is dismissed with prejudice.

DATE: January 31, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

70